UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JOSEPH VOLFMAN,

        Plaintiff,

-against-

SCHATZI CORP. d/b/a WALLSE and
WASHINGTON-WEST 11TH ST. OWNERS CORP,

        Defendants.

---------------------------------------------------------------x

Civil Action No.

1:22-cv-10218-ER

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Joseph Volfman, and Defendant SCHATZI CORP. d/b/a WALLSE, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action against all defendants with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: 1/17/2023

By: _____
Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC.
940 Atlantic Ave
Brooklyn, New York 11238
(917) 602-6057

By: _____
Lois Traub, Esq.
Attorney for Defendant SCHATZI CORP. d/b/a WALLSE
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Fl.,
New York, NY 10105904-598-6115
Telephone: (212) 370-1300
Email: ltraub@egsllp.com